## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENNIS M. NAPOLITANO SR. : | |
| : | CIVIL ACTION NO. 3:03 CV 00975 AVC |
| Plaintiff, : | |
| : | <u>FELA HEARING LOSS CASE - MAY BE</u> |
| V. : | <u>FILED IN NEW HAVEN AS ORDERED BY</u> |
| : | <u>MAGISTRATE JUDGE MARGOLIS</u> |
| CONSOLIDATED RAIL CORP. AND : | |
| METRO-NORTH COMMUTER RAILROAD : | |
| : | OCTOBER 14, 2004 |
| Defendants. : | |

### MOTION FOR EXTENSION OF SCHEDULING ORDER DEADLINES

The undersigned defendant, Metro North Railroad Company, with the consent and agreement of the plaintiff, hereby moves this court for an extension of time of certain remaining scheduling order deadlines for the third and fourth groups of hearing loss cases, as contained in this Court's Memorandum of Status Conference dated July 17, 2003.

Specifically, the defendant seeks to (1) extend the deadline for completing all fact discovery for two and one-half months, up to and including December 15, 2004; (2) extend the deadline for disclosing the plaintiff's expert report(s) two and one-half months, up to and including January 15, 2005; (3) extend the deadline for deposing the plaintiff's expert(s) two and one-half months, up to and including February 15, 2005; (4) extend the deadline for disclosing defendant's expert report(s) two and one-half months, up to and including February 15, 2005;

and (5) extend the deadline for deposing the defendant's expert(s) two and one-half months, up to and including March 15, 2005.

    The defendant submits that this is the first extension of time sought with respect to the scheduling deadlines in the third and fourth groups. Counsel for the plaintiff has been contacted regarding this motion, and as noted above, he has no objection to the instant motion.

    Respectfully submitted,

                                              THE DEFENDANT,
                                              METRO-NORTH COMMUTER RAILROAD

                                By:_____
                                              Anthony D. Sutton, Esq., (CT 20607)
                                              Ryan, Ryan, Johnson & Deluca, LLP
                                              80 Fourth Street, P.O. Box 3057
                                              Stamford, CT   06905
                                              Phone No. 203-357-9200

## CERTIFICATE OF SERVICE

      I hereby certify that on October 14, 2004, a copy of the above was mailed to the following counsel and pro se parties of record:

Robert R. Naumes, Esq.
Thornton & Naumes
100 Summer Street
Boston, MA 02110
Attorney for Plaintiff, Dennis M. Napolitano, Sr.

Robert Sweeney, Esq.
Early, Ludwick & Sweeney, LLC
One Century Tower, 11th Floor
265 Church Street P.O. Box 1866
New Haven, CT 06508-1866
Attorney for Plaintiff, Dennis M. Napolitano, Sr.

Lori Wirkus, Esq.
Flynn & Associates, P.C.
400 Crown Colony Drive
Suite 200
Quincy, MA 02169
Attorney for Defendant, Consolidated Rail Corp.


                                                          _____
                                                          Anthony D. Sutton, Esq.

I:\Procases\205.184\extdeadline.wpd
205.184