IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

------------------------------------------------------------x
                                                 :

ALPHUS J. COBB                                :          3:03 CV 532 (MRK)

v.                                                       :

METRO-NORTH RAILROAD CO.      :          DATE: OCTOBER 19, 2004

------------------------------------------------------------x
------------------------------------------------------------x

RICHARD NUZZELILLO              :          3:03 CV 533 (WWE)

v.                                                       :

METRO-NORTH RAILROAD CO.      :          DATE: OCTOBER 19, 2004

------------------------------------------------------------x
------------------------------------------------------------x

THOMAS M. SMITH                    :          3:03 CV 534 (RNC)

v.                                                     :

METRO-NORTH RAILROAD CO.      :          DATE: OCTOBER 19, 2004

------------------------------------------------------------x
------------------------------------------------------------x

DENNIS M. NAPOLITANO, SR.      :          3:03 CV 975 (AVC)

v.                                                     :

METRO-NORTH RAILROAD CO. ET AL.    :          DATE: OCTOBER 19, 2003

------------------------------------------------------------x

## RULING ON MOTIONS FOR EXTENSION OF SCHEDULING ORDER DEADLINES

By agreement of counsel, defendant's Motions for Extension of Scheduling Order Deadlines, <u>Cobb</u>, 3:03 CV 532 (MRK), Dkt. #25; <u>Nuzziello</u>, 3:03 CV 533 (WWE), Dkt. #17; <u>Smith</u>, 3:03 CV 534 (RNC), Dkt. #22; <u>Napolitano</u>, 3:03 CV 975 (AVC), Dkt. #17, are <u>granted by agreement as follows</u>:

All fact discovery shall be completed **on or before December 15, 2004**; plaintiff's expert report(s) shall be disclosed **on or before January 14, 2005**; plaintiff's expert(s) shall be deposed **on or before February 15, 2005**; defendant's expert report(s) shall be disclosed **on or before February 15, 2005**; and defendant's expert(s) shall be deposed **on or before March 15, 2005**.

Dated at New Haven, Connecticut, this 19th day of October, 2004.

_____/s/_____
Joan Glazer Margolis
U.S. Magistrate Judge