UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENNIS M. NAPOLITANO SR. : | |
| : | CIVIL ACTION NO. 3:03 CV 00975 AVC |
| Plaintiff, : | |
| : | <u>FELA HEARING LOSS CASE - MAY BE</u> |
| V. : | <u>FILED IN NEW HAVEN AS ORDERED BY</u> |
| : | <u>MAGISTRATE JUDGE MARGOLIS</u> |
| CONSOLIDATED RAIL CORP. AND : | |
| METRO-NORTH COMMUTER RAILROAD : | |
| : | December 7, 2004 |
| Defendants. : | |

**MOTION FOR POSTPONEMENT OF SETTLEMENT CONFERENCE**

The undersigned defendant, Metro North Railroad Company, with the consent and agreement of the plaintiff and co-defendant, hereby moves this court for a postponement of the settlement conference scheduled in the above-referenced matter for Wednesday, December 15, 2004 at 1:00 p.m.

The undersigned defendant states that a good faith basis exists for the granting of this motion, as the parties have been attempting to complete outstanding discovery, including the deposition of the plaintiff, but have been unable to do so.  Based on conversations with counsel for the co-defendant, the undersigned submits that to go forward with the settlement conference without the deposition of the plaintiff would likely prove to be a bar to substantive settlement discussions.  On this same date, undersigned counsel has filed a motion to extend the scheduling

deadlines of the instant case an additional two months. As such, counsel requests that the instant settlement conference be postponed two months so that the parties will have the benefit of full discovery and the plaintiff's deposition prior to settlement discussions.

Counsel for the plaintiff and co-defendant have been contacted regarding this motion, and as noted above, they have no objection to the instant motion.

Respectfully submitted,

THE DEFENDANT,
METRO-NORTH COMMUTER RAILROAD

By: _____
Anthony D. Sutton, Esq., (CT 20607)
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street, P.O. Box 3057
Stamford, CT 06905
Phone No. 203-357-9200

**CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2004, a copy of the above was mailed to the following counsel and pro se parties of record:

Robert R. Naumes, Esq.
Thornton & Naumes
100 Summer Street
Boston, MA 02110
Attorney for Plaintiff, Dennis M. Napolitano, Sr.

Robert Sweeney, Esq.
Early, Ludwick & Sweeney, LLC
One Century Tower, 11th Floor
265 Church Street P.O. Box 1866
New Haven, CT 06508-1866
Attorney for Plaintiff, Dennis M. Napolitano, Sr.

Lori Wirkus, Esq.
Flynn & Associates, P.C.
400 Crown Colony Drive
Suite 200
Quincy, MA 02169
Attorney for Defendant, Consolidated Rail Corp.

_____
Anthony D. Sutton, Esq.

I:\Procases\205 184\motion2postpone.wpd
205 184