UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENNIS M. NAPOLITANO,  )<br>  )<br>      Plaintiff,  )<br>v.  )<br>  )<br>  )<br>METRO-NORTH RAILROAD  )<br>COMPANY AND CONSOLIDATED RAIL )<br>CORPORATION,  )<br>  )<br>      Defendants.  )<br>  ) | CIVIL ACTION<br>NO.: 3:03 CV 00975 (AVC)<br><br><br><br><br>January 25, 2005 |

**<u>NOTICE OF APPEARANCE</u>**

Kindly enter my appearance as counsel and attorney of record for the defendant Consolidated Rail Corporation.

Respectfully submitted,

John E. Young, #ct24689
FLYNN & ASSOCIATES, P.C.
400 Crown Colony Drive
Suite 200
Quincy, MA 02169
(617) 773-5500
(617) 773-5510 (facsimile)

## CERTIFICATION

    This is to hereby certify that a copy of the foregoing has been mailed, postage prepaid, on this 25th day of January, 2005 to the following:

Robert T. Naumes, Esq.
Thornton & Naumes
100 Summer Street
Boston, MA 02110

Susan Parzymieso, Esq.
Ryan, Ryan, Johnson & Deluca, LLP
P.O. Box 3057
Stamford, CT 06905

_____
John E. Young, Esq.