UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT (NEW HAVEN)

-------------------------------------------------------X    CIVIL ACTION NO:
                                                             03-CV-00975 (AVC)
DENNIS M. NAPOLITANO, SR.

       PLAINTIFF,

                                   STIPULATION OF DISMISSAL

      -against-

CONSOLIDATED RAIL CORP.

       DEFENDANT,

-------------------------------------------------------X

FILED
2005 MAR 11  P 1:48
U.S. DISTRICT COURT
NEW HAVEN, CT

### STIPULATION OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, this case is dismissed with prejudice and without costs.

DATED: 3-1-05         By: _____
                           Robert T. Naumes
                           Attorney for Plaintiff
                           Thornton & Naumes LLP
                           100 Summer St., 30th Fl.
                           Boston, MA 02110
                           617-720-1333

                      By: _____
                           John E. Young, IV
                           Flynn & Associates
                           400 Crown Colony, Suite 200
                           Quincy, MA 02169
                           617-773-5510